### SOCIETY FOR SAVINGS *v.* ROBERT H. KALECHMAN ET AL.
### (3985)

HULL, SPALLONE and BIELUCH, Js.

Argued February 18—decision released March 18, 1986

*Robert H. Kalechman,* pro se, the appellant (named defendant).

*Donald G. Rosenberg,* with whom, on the brief, was *Alan P. Rosenberg,* for the appellee (plaintiff).

PER CURIAM. There is no error.